KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV  89101
(702) 853-0700

E-FILED

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

IN RE:
BRIAN D CHRIST

CASE NO: BKS-16-16819-MKN

CHAPTER 13

Hearing Date:  March 16, 2017
Hearing Time:  1:30 pm

HAROLD C COMANSE ESQ
Attorney for the Debtor

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN**
**#1 COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

The Trustee herein, Kathleen A. Leavitt, hereby objects to confirmation of Plan and hereby represents the following:

The debtor(s) filed for Chapter 13 relief on 12/29/2016.  The 341(a) Meeting of Creditors held on February 07, 2017 at  8:00 am was:

- Concluded

The Trustee objects to confirmation of the Chapter 13 Plan for the following reason(s):

- Debtor(s) failed to commence Plan payments [11USC § 1326 (a) (1)]
- Debtor(s) are delinquent in plan payments
- Other:  Provide to the Trustee a copy of 401k loan payoff statement; Provide copies of Mrs. credit card statements.
- The Plan fails to provide for all of the Debtor's disposable income [11 USC § 1325 (b)(1)(B)] based on voluntary contribution to retirement.
- The plan fails to provide for all of the Debtors' disposable income as calculated on form B22C2 Chapter 13 Calculation of Your Disposable Income, pursuant to 11 USC § 1325 (b)(1)(B).

- Trustee objects to the following deduction of expenses on Form B22C2 Chapter 13 Calculation of Your Disposable Income, as they are not allowable under 11 USC §707(b)(2)(A)(ii) and 11 USC §1325(a)- (b), and therefore Debtors have failed to provide for all of their disposable income:
  - Line 22: Object to additional health care expense in the amount of $784

  Line 31: Object to charitable contribution in the amount of $500
  Line 41: Object to retirement deductions in the amount of $1050
- Debtor failed to file tax returns for tax years 2016.  [11 USC § 1308(a) and § 1307(e)]
- Pursuant to LR 3015(h), Debtor(s) must demonstrate that all secured payments are current as of the date of confirmation.

The Debtor(s) has failed to cooperate with the Trustee [11 USC § 521(a)(3)] as the following documents were not provided:

- All tax returns for all taxable periods ending during the 4-year period ending on the date of the filing of the petition.  Specifically, tax years 2012, 2013 and 2016.
- Paystubs for the following periods: June – October 2016 for Mrs.; June –November 2016 for Mr. .11 USC §704(a)(4)  and/or 11 USC §521(a)(1)(B)(iv)

Debtor(s) failed to cooperate with the Trustee as necessary to enable the Trustee to perform her duties pursuant to 11 USC §704 and/or §1302 as the Debtor did not provide the following documents:

- Verification of medical expense and charitable contribution.
- Bank Statements for the following periods: Wells Fargo (6/29/16-12/29/16) and Wells Fargo #6893 (12/21/16-12/29/16).
- Statement of Financial Affairs:  #8: list (2) closed Bank of America accounts.
- Amendment to Plan: section 1.05: correct liquidation value amount to $8,400 based on household goods, firearms and vehicles; section 1.11: list tax refunds to commence with 2016-2020 .
- Amendment to Schedule B. Personal Property:  list bank account #7356 per Mrs. paystubs; list bank account #4966 per Mr paystubs; list all bank account numbers.
- Amendment to Schedule I. Current Income of Individual Debtor(s): Trustee objects to voluntary retirement contribution.
- Amendment to Schedule J. Current Expenditures  of Individual Debtor(s):  remove mortgage payment amount.

WHEREFORE, the Trustee objects to confirmation and recommends that this case be dismissed.

Dated:  2/9/17                                               /s/ Kathleen A. Leavitt
                                                                    Kathleen A. Leavitt
                                                                    Chapter 13 Trustee

KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV  89101

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

BRIAN D CHRIST

**Debtor (s)**

CASE NO: BKS-16-16819-MKN
Chapter 13

## CERTIFICATE OF SERVICE

1. On February 09, 2017, I served the following document(s):

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN #1 COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

2. I served the above-named documents(s) by the following means to the persons as listed below:

**United States mail, postage fully prepaid**

BRIAN D CHRIST
430 OLD WASHOE CIRCLE
WASHOE VALLEY, NV  89704

HAROLD C COMANSE ESQ
200 S VIRGINIA ST 8TH FL
RENO, NV  89501

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: 2/9/17

/s/ Esther Carr
Employee of
Kathleen A. Leavitt
Chapter 13 Standing Trustee